IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>GUILE, PATRICK A<br>GUILE, APREL IVY<br><br>                    Debtors. | Case No. 09-14971-SAH<br>(Chapter 7) |

## Trustee's Report of Unclaimed Funds

Trustee Kevin M. Coffey, pursuant to Rule 3010 Fed. R. Bankr. P., reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| ALL SMILES DENTISTRY<br>6401 NW EXPRESSWAY STE. 132<br>OKLAHOMA CITY, OK 73132 | $2.13 |
| THE LIVING SCRIPTURES<br>3625 HARRISON BLVD<br>OGDEN, UT 84403 | $1.32 |
| TOTAL: | $3.45 |

A check made payable to the United States Bankruptcy Clerk has been delivered to the Court for deposit into unclaimed funds.

DATED:  February 11, 2011

*/s/Kevin Coffey*
Kevin M. Coffey (OBA # 11791)
Chapter 7 Trustee
435 N. Walker, Suite 202
Oklahoma City, OK  73102
405/235-1497
Fax:  405/606-7446